1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIMBERLY DIANE CAMPBELL,              No.  2:25-cv-3251 AC

12                  Plaintiff,              ORDER GRANTING IFP AND
                                           DIRECTING E-SERVICE
13          v.

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                   Defendant.
16

17

18          Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See

19    28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

20    security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

21    required affidavit, which demonstrates an inability to prepay fees and costs or give security for

22    them.  Accordingly, IT IS HEREBY ORDERED that:

23          1.      Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

24          2.      The Clerk of Court is directed to issue a summons for this case;

25          3.      In keeping with the court's e-service procedure for Social Security cases, service

26                  on the defendant Commissioner of Social Security Administration shall proceed

27    ─────────────────
      [1] Actions involving review of Social Security decisions are referred to a magistrate judge
28    pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

                                          1

under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE